UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-02005-CJC-JDE | Date | January 25, 2024 |
|---|---|---|---|
| Title | Patrick Ford v. Experian Information Solutions, Inc. | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [11], hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                        ___ : ___

Initials of Deputy Clerk   rrp